UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KENNETH RAY FOY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KING COUNTY, et al.,<br><br>　　　　　　Defendants. | CASE NO. 2:23-CV-137-BJR-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any,[1] and the remaining record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation.

(2)　This action is dismissed without prejudice for failure to prosecute under Local Rule 41(b)(2).

(3)　The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

---

[1] The Court notes that no objections have been filed, but the mailing of the report to Plaintiff was returned as undeliverable. Pro se plaintiffs are obligated to keep the Court and opposing parties informed of their current mailing address, and failure to do so may result in dismissal of the action without prejudice. *See* Local Rules W.D. Wash. LCR 41 (b)(2). The Court directed Plaintiff to update his address and warned Plaintiff that failure to do so would result in the dismissal of this action without prejudice. R&R 1, ECF No. 33.

1 **DATED** this 29th day of March, 2024.

*Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2